**WO**                                                                                               RP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Danny Garcia,              )<br>                            )<br>        Plaintiff,   )<br>                            )<br>vs.                         )<br>                            )<br>Joseph M. Arpaio,           )<br>                            )<br>        Defendant.  )<br>_____) | No. CV-05-3126-PHX-SMM (BPV)<br><br>**ORDER** |

Pending before this Court is Plaintiff's request to reopen this case (Doc. #8). Plaintiff's request will be denied.

**I. Background**

On October 6, 2005, Plaintiff Danny Garcia, filed with the Clerk of the Court a *pro se* civil rights Complaint (Doc. #1) pursuant to 42 U.S.C. § 1983. On October 6, 2005, the Court filed a Notice of Assignment (Doc. #2), which assigned this action to the undersigned Judge. A copy of the Notice was mailed by the Clerk of Court to Plaintiff at his last known address at the Maricopa County Towers Jail on October 7, 2005. Then, on October 12, 2005, the envelope containing the copy of the Notice was returned to the Clerk of Court with the notations "RETURNED TO SENDER" and "R/L 10/5/05." (Doc. #3.)

By Order filed November 9, 2005 (Doc. #4), the Complaint (Doc. #1) and this action were dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Judgment was also entered on November 9, 2005 (Doc. #5). On

1 April 24, 2006, Plaintiff filed a letter (Doc. #7) notifying the Court of his new address.  On
2 April 26, 2006, that Clerk of Court mailed copies of the Complaint (Doc. #1), Notice of
3 Assignment (Doc. #2), Order dismissing case (Doc. #4), and Judgment (Doc. #5), to Plaintiff
4 at this new address.

5 **II.  Request to Reopen Case**

6 On July 10, 2006, Plaintiff filed a letter (Doc. #8) in which he requests that this case be
7 reopened.  In his letter, Plaintiff states that he was a victim of an assault that took place on
8 September 2, 2005 at the Lower Buckeye Jail in Phoenix.  Plaintiff further states that he was
9 so severely beaten that it was painful to walk to be present at his court hearings for this case.
10 Plaintiff fails to show good cause why this case should be reopened.  First, the assault that
11 Plaintiff refers to occurred a month before he filed this case and it obviously did not prevent
12 him from preparing and filing this case.  Second, no court hearings have been held in this
13 case at all.  Third, Plaintiff gives no explanation for why he waited over six months after his
14 release from the Towers Jail, and over five months after the Court's Order dismissing this
15 case, to file a change of address.  Fourth,  Plaintiff also gives no explanation for why he
16 waited over two months after the Clerk of Court mailed him copies of the documents in this
17 case to request that the case be reopened.  Accordingly, because Plaintiff has failed to show
18 good cause, Plaintiff's request to reopen this case will be denied.

19 **IT IS HEREBY ORDERED DENYING** Plaintiff's request to reopen this case  (Doc.
20 #8).

21 DATED this 31st day of August, 2006.

Stephen M. McNamee
United States District Judge